Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
District of ___New Jersey___

_____ Division

| | | |
|---|---|---|
| Courtney Green | ) | Case No. _____ |
| | ) | |
| | ) | _(to be filled in by the Clerk's Office)_ |
| _____ | ) | |
| _Plaintiff(s)_ | ) | |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) | Jury Trial: _(check one)_ ☐ Yes ☑ No |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) | |
| _please write "see attached" in the space and attach an additional_ | ) | |
| _page with the full list of names.)_ | ) | |
| -v- | ) | |
| | ) | |
| LG Electronics USA Inc./LG Electronics Inc. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| _Defendant(s)_ | ) | |
| _(Write the full name of each defendant who is being sued. If the_ | ) | |
| _names of all the defendants cannot fit in the space above, please_ | ) | |
| _write "see attached" in the space and attach an additional page_ | ) | |
| _with the full list of names.)_ | ) | |

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Courthey Green |
| Street Address | Po Box 22444 |
| City and County | Kansas city, Jackson |
| State and Zip Code | Missouri 64113 |
| Telephone Number | |
| E-mail Address | green7126@gmail.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                              LG Electronics USA

Job or Title *(if known)*

Street Address                    1000 Sylvan Ave

City and County                   Englewood Cliffs, Bergen

State and Zip Code                New Jersey, 07632

Telephone Number

E-mail Address *(if known)*


Defendant No. 2

Name                              Lg Electronics Inc.

Job or Title *(if known)*

Street Address                    128 Yeoui-Daero

City and County                   Yeongdeungpo-gu

State and Zip Code                Seoul, 07336

Telephone Number

E-mail Address *(if known)*


Defendant No. 3

Name                              The Prentice-Hall Corporation System Inc.

Job or Title *(if known)*

Street Address                    1201 Hays street

City and County                   Tallahasee, Leon

State and Zip Code                Florida, 32301

Telephone Number

E-mail Address *(if known)*


Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Electronic Communications Privacy Act

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  Courtney Green                    , is a citizen of the State of *(name)*  Missouri                    .

b.    If the plaintiff is a corporation

The plaintiff, *(name)*                    , is incorporated under the laws of the State of *(name)*                    , and has its principal place of business in the State of *(name)*                    .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*                    , is a citizen of the State of *(name)*                    . Or is a citizen of *(foreign nation)*                    .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* LGElectronicsUSAInc./LG electronicsinc , is incorporated under the laws of the State of *(name)* New Jersey , and has its principal place of business in the State of *(name)* New Jersey .

Or is incorporated under the laws of *(foreign nation)* South Korea ,

and has its principal place of business in *(name)* Yeongdeungpo-gu, Seoul .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Through this electronic breach consecutively for 3 years beginning in 2020 employees of the entertainment and media industry were able to openly exploit,defamate and facilitate the exchange of information to the masses for the purpose of malice towards the plaintiff therefore aiding in the act of racketeering.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Lg Electronics Inc. provided a platform/portal for Employees of the entertainment and media industry to openly monitor, listen,surveil and attempt to converse with plaintiff Courtney Green through the use of the television device.The viewing and monitoring of the plaintiff Courtney Green through a television device has occurred consecutively over the course of 3years. In doing so, assailants were able to collect viewing data and manipulate and control viewing capabilities as well as limit viewing options. Through this electronic breach consecutively for 3 years beginning in 2020 employees of the entertainment and media industry were able to openly exploit,defamate and facilitate the exchange of information to the masses for the purpose of malice towards the plaintiff therefore aiding in the act of racketeering.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Through this electronic breach consecutively for 3 years beginning in 2020 employees of the entertainment and media industry were able to openly exploit,defamate and facilitate the exchange of information to the masses for the purpose of malice towards the plaintiff therefore aiding in the act of racketeering. I am requesting that the court order the defendant LG Electronics USA Inc./ LG Electronics to compensate in the amount of $100,000,000 as well incorporate into company policy and user agreements rules and regulations against this behavior as well as order LG Electronics to remove capable components that make secret surveillance possible. I also request a signed written apology from both LG Electronics USA in.c and LG Electronics.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case



## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            10/07/2022

Signature of Plaintiff

Printed Name of Plaintiff        Courtney Green

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address