**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COURTNEY GREEN, <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS USA, et al., <br><br> Defendants. | Civil Action No. 22-06057 (SDW) (JSA) <br> No. 22-06221 (SDW)(JSA) <br><br> **OPINION** <br><br> October 31, 2022 |

      **THIS MATTER** having come before this Court upon the filing of two Complaints and Applications to Proceed in District Court Without Prepaying Fees or Costs by *pro se* Plaintiff Courtney Green ("Plaintiff"), (No. No. 22-06057, D.E. 1 ("Compl. 1"); 22-06221, D.E. 1 ("Compl. 2")), and the Court having reviewed the Complaints for sufficiency pursuant to Fed. R. Civ. P. 8(a)(2) and (3) and *Ashcroft v. Iqbal*, 556 U.S. 662, 129 S. Ct. 1937, 173 L.Ed.2d 868 (2009); and

      **WHEREAS** applications to proceed *in forma pauperis* are available to plaintiffs or petitioners in order to be excused from paying certain fees for district court proceedings, including those required to commence a civil action; and

      **WHEREAS** Plaintiffs' application to proceed without prepayment of fees and costs on matter number 22-06057, (Compl. 1, D.E. 1-1), indicates that Plaintiff: 1) has made $7,000.00 per month in income for the past year; 2) has $1803.00 per month in expenses; and 3) has $300.00 in an account, (Compl. 1, D.E. 1-1 at 1–5); and

      **WHEREAS** Plaintiffs' application to proceed without prepayment of fees and costs on matter number 22-06221, (Compl. 2, D.E. 1-2), indicates that Plaintiff: 1) has made $6,000.00 per

month in income for the past year; 2) has $1988.00 per month in expenses; and has $354.00 in a bank account, (Compl. 2, D.E. 1-2 at 1–5); and

**WHEREAS** both of Plaintiff's Complaints appear to allege that Defendants have committed an act of racketeering by enabling a personally-owned television, as well as various other televisions at places Plaintiff has visited, to function as a conduit for hosts of various television shows to communicate directly with and monitor the movements of Plaintiff, (Compl. 1, D.E. 1 at 1–5; Compl. 2, D.E. 1 at 1–5, D.E. 1-5 at 1–11); and

**WHEREAS** *pro se* complaints, although "[held] to less stringent standards than formal pleadings drafted by lawyers," *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972), must still "'state a plausible claim for relief.'" *Yoder v. Wells Fargo Bank, N.A.*, 566 F. App'x. 138, 141 (3d Cir. 2014) (quoting *Walker v. Schult*, 717 F.3d 119, 124 (2d Cir. 2013)); *Martin v. U.S. Dep't of Homeland Sec.*, No. 17-3129, 2017 WL 3783702, at *3 (D.N.J. Aug. 30, 2017); and

**WHEREAS** the facts alleged in Plaintiff's Complaints amount to general grievances and are insufficient to support a claim entitling Plaintiff to relief. *See* FED. R. CIV. P. 8(a)(2) (providing that an adequate complaint must contain "a short and plain statement of the claim showing that the pleader is entitled to relief"); *see also Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (stating that although Rule 8 does not require detailed factual allegations, "it demands more than an unadorned, the-defendant-unlawfully-harmed-me accusation"); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007) (explaining that to survive a Rule 12(b)(6) motion, a plaintiff's "[f]actual allegations must be enough to raise a right to relief above the speculative level"); therefore

Plaintiff's applications to proceed *in forma pauperis* are **DENIED**.  Further, Plaintiff's Complaint in matter number 22-06057 is *sua sponte* **DISMISSED WITHOUT PREJUDICE**[1] for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).  Plaintiff shall have thirty (30) days to file an amended Complaint for matter number 22-06057, the original matter pertaining to this action, and remit the appropriate filing fee.  Failure to timely file an amended complaint in matter number 22-06057, along with the filing fee, will result in the dismissal of this matter with prejudice.  An appropriate order follows.

                        __/s/ Susan D. Wigenton____
                        **United States District Judge**

Orig:    Clerk
cc:      Parties
           Jessica S. Allen, U.S.M.J.

---

[1] Matter number 22-06221 is hereby **DISMISSED WITH PREJUDICE** as a duplicate action.